Thomas A. Pacheco, CA SBN 351445
tpacheco@leesegui.com
**LEE SEGUI PLLC**
421 N. Harrington St., Suite 460
Raleigh, NC 27603

HARPER T. SEGUI, SC SBN 77730*
hsegui@leesegui.com
**LEE SEGUI PLLC**
825 Lowcountry Blvd, Unit 101
Mount Pleasant, SC 29464

*Attorneys for Plaintiffs and the Putative Classes*
**Application for Admission Pro Hac Vice Forthcoming*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL HSIAO, MARK MCGRAW, AND CHRISTIAN MARQUZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INSINKERATOR, LLC<br><br>Defendant. | Case Number: 2:26-cv-3308 AC<br><br>**[~~PROPOSED~~] ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |

Before the Court is Plaintiffs' Request to Seal Documents (the "Request). Having considered the Request, the Court **ORDERS** as follows:

| DOCUMENT | PORTIONS TO BE FILED UNDER SEAL | DESIGNATING PARTY | RULING |
|---|---|---|---|
| Plaintiffs' Class Action Complaint | Highlighted portions at ¶¶ 7, 15, 16, 19, 23, 25, 26, 27, 28, 58, 66, 70, 78, 81, 84, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 139, 140, 141, 143, 145, 146, 162, 163, 167, 168, 170, 171, 172, 173, 174, 175, 176, 195, 203, 214, 220, 299, 300, 333.p., and ns. 7, 71, 72, 78, 144 | InSinkErator, LLC | **GRANTED** |

**IT IS SO ORDERED.**

DATED: September 30, 2026

Allison Claire

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE