Thomas A. Pacheco, CA SBN 351445
tpacheco@leesegui.com
**LEE SEGUI PLLC**
421 N. Harrington St., Suite 460
Raleigh, NC 27603

*Attorney for Plaintiffs and the Putative Classes*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL HSIAO, CHRISTIAN MARQUEZ, and MARK MCGRAW, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INSINKERATOR, LLC<br><br>Defendant. | Case Number: 2:26-cv-03308<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO TRANSFER** |

Having reviewed the Stipulation of the Parties to Transfer the action, **IT IS HEREBY ORDERED** as follows:

1. This action is hereby transferred to the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1404.

2. All current deadlines are stayed until such time as the action has been docketed in the United States District Court for the Northern District of California.

3. If Plaintiffs have their depositions taken in this action, the depositions will occur at an appropriate location near each Plaintiff's residence.

4. Plaintiffs and Defendant agree that they will not raise any arguments pertaining to prejudice or undue delay resulting from this Stipulation.

**IT IS SO ORDERED.**

DATED: October 9, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE